UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GINA GIANNONE,<br><br>                            Plaintiff,<br><br>      -against-<br><br>THE REALREAL, INC.,<br><br>                            Defendant. | Case No. 1:22-cv-01941 (JLR)<br><br>**ORDER OF DISMISSAL** |

JENNIFER L. ROCHON, United States District Judge:

    WHEREAS on September 21, 2022, the Court was advised by the mediator that all claims asserted herein have been settled in principle (ECF No. 20);

    IT IS ORDERED that the above-captioned action is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within **30 days** of the date of this Order if the settlement is not consummated.

    Any application to reopen must be filed within 30 days of this Order; any application to reopen filed thereafter may be denied solely on that basis.

    If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same 30-day period to be "so ordered" by the Court. Pursuant to Rule 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

    The Clerk of Court is respectfully directed to close this case.

Dated: September 22, 2022
       New York, New York

                                            SO ORDERED

                                            *Jennifer Rochon*
                                            JENNIFER L. ROCHON
                                            United States District Judge